## STATE of Maine

v.

## Sharon A. KELLY.

Supreme Judicial Court of Maine.

Argued June 20, 1984.

Decided June 26, 1984.

Margaret Kravchuk, Dist. Atty., Gary F. Thorne (orally) Asst. Dist. Atty., Bangor, for plaintiff.

Carl D. McCue (orally) Bangor, for defendant.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

In this civil OUI case, 29 M.R.S.A. § 1312–C (Supp.1983–1984), the record amply supports the District Court's finding that the police officer had an articulable suspicion justifying his second investigative stop of defendant. *See Terry v. Ohio*, 392 U.S. 1, 21, 88 S.Ct. 1868, 1879–80, 20 L.Ed.2d 889 (1968); *State v. Rowe*, 453 A.2d 134, 136 (Me.1982). The other issues raised by defendant merit no discussion.

The entry is:

Judgment affirmed.

All concurring.